**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1523**

———————

SHERRY D. BATTLE,

                                    Plaintiff - Appellant,

        and

ELITE CHILD, INCORPORATED,

                                    Plaintiff,

        versus

KADOSH, INCORPORATED,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.
(CA-99-857-2)

———————

Submitted:  November 30, 2000      Decided:  December 7, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Sherry D. Battle, Appellant Pro Se.  Ira Michael Steingold, STEIN-
GOLD & MENDELSON, Portsmouth, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sherry D. Battle appeals from the district court's order dismissing a civil complaint filed by a corporation, Elite Child, Inc., in which she is the sole shareholder. The notice of appeal was signed only by Battle, who is not an attorney. It is well settled that a corporation cannot appear in federal court except through its attorney. <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02 (1993). Accordingly, we grant the Appellee's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>